Thomas W. Shannon against the Falulah Paper Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs to the defendant, and judgment ordered for the defendant on the nonsuit.

SHAPIRO v. SHAPIRO et al. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Barnet Shapiro, appellant, against Barnet Shapiro and others. No opinion. Appeal from the judgment of the Municipal Court dismissed, with costs, on the ground that there is no evidence that the case has been settled, and no return has been filed, indorsed as required by sections 317 and 318 of the Municipal Court Act, Laws 1902, pp. 1580, 1581, c. 580.

SHAPIRO v. SHAPIRO et al. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Barnet Shapiro against Barnet Shapiro and others. No opinion. Motion granted. When return is perfected and filed, the case may be brought on in its regular order.

SHEEHAN, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Dennis E. Sheehan against Sarah Martin and others. F. J. Sullivan, for appellants. A. G. Todd, for respondent. No opinion. Appeal from report of referee dismissed, with $10 costs, and judgment affirmed, with costs. Order filed.

SHERWOOD, Appellant, v. GERMAN ALLIANCE INS. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Florence S. Sherwood against the German Alliance Insurance Company and another. No opinion. Judgment affirmed, with costs.

SHOEMAKER, Appellant, v. SECURITY MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Henry Shoemaker against the Security Mutual Life Insurance Company. No opinion. Judgment unanimously affirmed, with costs, on the authority of Kelly v. Security Mutual Life Insurance Company, 186 N. Y. 16, 78 N. E. 584.

SHOMERS, Appellant, v. ROSSOW et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Ida Shomers against Charles F. Rossow and others. No opinion. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. Held, that the evidence offered by the plaintiff as to the price for which he subsequently sold his remaining property was competent, and its exclusion reversible error.

SILLECK v. DIONSDORF. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Henry G. Silleck, Jr., against Kathinka Dionsdorf, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

In re SIMPSON'S ESTATE. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) In the matter of the estate of William H. Simpson, deceased. No opinion. Decree of surrogate unanimously affirmed, with costs.

SINNOTT v. SINNOTT. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Edward H. Sinnott against Mary A. Sinnott. No opinion. Motion granted, with $10 costs. Order filed.

SKINNER, Respondent, v. LE ROY HYDRAULIC ELECTRIC GAS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by William Skinner against the Le Roy Hydraulic Electric Gas Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

SLOAN, Appellant, v. McKANE, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by John Sloan against John McKane. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Alexander J. Smith against George Allen. No opinion. Judgment of the Municipal Court affirmed, with costs.

SMITH, Respondent, v. BROOKS et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Helen M. Smith against George Brooks and others. No opinion. Judgment and orders unanimously affirmed, with costs.

SMITH, Respondent, v. BUFFALO, R. & P. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Earl D. Smith against the Buffalo, Rochester & Pittsburgh Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon the ground that the evidence fails to establish actionable negligence on the part of the defendant.

SPRING and KRUSE, JJ., dissent.

SMITH, Respondent, v. CASSIDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Emma Smith against Isabella F. Cassidy and the County Trust Company, as administrators, etc. No opinion. Judgment and order affirmed, with costs.